IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

CASE NO. 11-cr-0234-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **CHAVAL WILLIAMS**,

    Defendant.

_____

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO RESTRICT**
_____

This matter is before the Court on Defendant's Unopposed Motion to Restrict filed on July 23, 2013 (ECF No. 35). The Court having reviewed the Motion, and finding good cause exists to grant the relief requested therein, hereby ORDERS as follows:

Defendant's Motion to Restrict is GRANTED. The Documents filed at ECF No. 33 shall remain RESTRICTED at RESTRICTION LEVEL 1 (viewable only by Case Participants and the Court).

Dated this 24th day of July, 2013.

BY THE COURT:

_____
William J. Martínez
United States District Judge